UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-CR-00213-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| ELIAS MIGUEL BARRERA-MEDINA, | |
| Defendant. | |

Defendant Elias Miguel Barrera-Medina's Motion for "Smith" Departure for Substantial Hardship (ECF No. 492) is DENIED.

IT IS SO ORDERED.

Dated:  September 22, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1